IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW P. ZUTIS, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

    Defendant.

No. C 12-01897 WHA

**ORDER SEEKING PLAINTIFF'S COMMENT ON APPLICATION FOR AWARD OF ATTORNEY'S FEES**

On May 12, 2015, plaintiff's counsel Harvey P. Sackett filed an application for award of attorney's fees for representing plaintiff Andrew P. Zutis in this social security appeal. The same day, Sackett served that application on Zutis. If awarded, the fees will be paid "out of, and not in addition to" plaintiff's past-due benefits. 42 U.S.C. 406(b)(1)(A). Defendant acting commissioner of the Social Security Administration filed a statement of non-opposition to Sackett's application. A hearing on the application is scheduled for **JUNE 18, 2015 AT 8:00 A.M.**

Plaintiff's counsel shall serve Zutis with this order by **JUNE 5, 2015** and inform him that he may file a declaration expressing his position on the pending application for attorney's fees by **JUNE 15, 2015 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE